# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT TO THE

JUVENILE COURT PROCEDURAL

RULES COMMITTEE

: No. 659
:
: SUPREME COURT RULES DOCKET
:
:

## O R D E R

**PER CURIAM:**

AND NOW, this 26th day of January, 2015, Cheryl A. Sobeski-Reedy, Esquire, Luzerne County, is hereby appointed as a member of the Juvenile Court Procedural Rules Committee for a term of three years commencing February 1, 2015.